IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TACU										PETITIONER
ADC #167414

VS.						5:18CV00121-BRW

WENDY KELLEY, Director, ADC							RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Mr. Tacu's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice.

A certificate of appealability will not be issued.

IT IS SO ORDERED this 17th day of September, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE