IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY TACU                                                                                   PETITIONER
ADC #167414

VS.                                          5:18CV00121-BRW

WENDY KELLEY, Director, ADC                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 17th day of September, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE